FILED by YH D.C.

Dec 6, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20811-CR-MIDDLEBROOKS/MCALILEY

21 U.S.C. § 963
21 U.S.C. § 952(a)
18 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

OSCAR PERALTA,
JUAN JOSE DUARTE TAVERAS,
   a/k/a "Justine Sandy,"
FRANCISCO PERALTA,
CARLOS CONTRERAS, and
WENDEL ELLINGTON,

     Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Import a Controlled Substance**
(21 U.S.C. § 963)

Beginning as early as in or around December 2018, the exact date being unknown to the Grand Jury, and continuing through on or about November 22, 2019, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**OSCAR PERALTA,
JUAN JOSE DUARTE TAVERAS,
a/k/a "Justine Sandy,"
FRANCISCO PERALTA,
CARLOS CONTRERAS, and
WENDEL ELLINGTON,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

The controlled substance involved in the conspiracy attributable to each of the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 2
### Importation of a Controlled Substance
### (21 U.S.C. § 952(a))

On or about November 22, 2019, in Broward County, in the Southern District of Florida, the defendants,

**OSCAR PERALTA,**
**JUAN JOSE DUARTE TAVERAS,**
a/k/a "Justine Sandy,"
**FRANCISCO PERALTA,**
**CARLOS CONTRERAS, and**
**WENDEL ELLINGTON,**

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 3
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

Beginning as early as in or around December 2018, the exact date being unknown to the Grand Jury, and continuing through on or about November 22, 2019, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**OSCAR PERALTA,**
**JUAN JOSE DUARTE TAVERAS,**
a/k/a "Justine Sandy,"
**FRANCISCO PERALTA,**
**CARLOS CONTRERAS, and**
**WENDEL ELLINGTON,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to each of the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

## COUNT 4
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about November 22, 2019, in Broward County, in the Southern District of Florida, the defendants,

**OSCAR PERALTA,**
**JUAN JOSE DUARTE TAVERAS,**

3

a/k/a "Justine Sandy,"<br>
**FRANCISCO PERALTA,**<br>
**CARLOS CONTRERAS, and**<br>
**WENDEL ELLINGTON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **OSCAR PERALTA, JUAN JOSE DUARTE TAVERAS, a/k/a "Justine Sandy," FRANCISCO PERALTA, CARLOS CONTRERAS, and WENDEL ELLINGTON,** have an interest.

[This space intentionally left blank.]

2. Upon conviction of any violation of Title 21, United States Code, Sections 841, 946, 952, and/or 963, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

YENEY HERNÁNDEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

OSCAR PERALTA, et al.,

               Defendants.

_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

   x  Miami      ____ Key West
  ____ FTL          ____ WPB    ____ FTP

New Defendant(s)    Yes ____    No ____
Number of New Defendants  ____
Total number of counts  ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take   4   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) | |
|---|---|---|---|
| I  0 to 5 days | X | Petty | |
| II  6 to 10 days | ___ | Minor | ___ |
| III  11 to 20 days | ___ | Misdem. | ___ |
| IV  21 to 60 days | ___ | Felony | X |
| V  61 days and over | | | |

6. Has this case been previously filed in this District Court?  (Yes or No)   No
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?  (Yes or No)   Yes
If yes:
Magistrate Case No.   19-mj-06560-PMH
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   Oscar Peralta and Carlos Contreras (as of 11/22/2019)
Defendant(s) in state custody as of _____
Rule 20 from the District of _____
Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  Yes ____  No  X

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003 (Mag. Judge Shaniek Maynard)?  Yes ____  No  X

                                         _____
                                         Yeney Hernandez
                                         ASSISTANT UNITED STATES ATTORNEY
                                         Court ID No. A5502300

*Penalty Sheet(s) attached                                                                  REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** OSCAR PERALTA

**Case No:** _____

Count #:1

Conspiracy to Import Cocaine

Title 21, United States Code, Section 963

**\*Max. Penalty: Life Imprisonment**

Count #:2

Importation of Cocaine

Title 21, United States Code, Section 952

**\*Max. Penalty: Life Imprisonment**

Count #:3

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty: Life Imprisonment**

Count #:4

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty: Life Imprisonment**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JUAN JOSE DUARTE TAVERAS, a/k/a "Justine Sandy"

**Case No:** _____

Count #:1

Conspiracy to Import Cocaine

Title 21, United States Code, Section 963

**\*Max. Penalty: Life Imprisonment**

Count #:2

Importation of Cocaine

Title 21, United States Code, Section 952

**\*Max. Penalty: Life Imprisonment**

Count #:3

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty: Life Imprisonment**

Count #:4

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty: Life Imprisonment**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** FRANCISCO PERALTA

**Case No:** _____

Count #:1

Conspiracy to Import Cocaine

Title 21, United States Code, Section 963

**\*Max. Penalty: Life Imprisonment**

Count #:2

Importation of Cocaine

Title 21, United States Code, Section 952

**\*Max. Penalty: Life Imprisonment**

Count #:3

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty: Life Imprisonment**

Count #:4

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty: Life Imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   CARLOS CONTRERAS

Case No: _____

Count #:1

Conspiracy to Import Cocaine

Title 21, United States Code, Section 963

**\*Max. Penalty: Life Imprisonment**

Count #:2

Importation of Cocaine

Title 21, United States Code, Section 952

**\*Max. Penalty: Life Imprisonment**

Count #:3

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty: Life Imprisonment**

Count #:4

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty: Life Imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** WENDEL ELLINGTON

**Case No:** _____

Count #:1

Conspiracy to Import Cocaine

Title 21, United States Code, Section 963

**\*Max. Penalty: Life Imprisonment**

Count #:2

Importation of Cocaine

Title 21, United States Code, Section 952

**\*Max. Penalty: Life Imprisonment**

Count #:3

Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Section 846

**\*Max. Penalty: Life Imprisonment**

Count #:4

Possession with Intent to Distribute Cocaine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty: Life Imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**