UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-20811-CR-MIDDLEBROOKS/MCALILEY

UNITED STATES OF AMERICA

vs.

JUAN JOSE DUARTE TAVERAS,

Defendant.

_____/

## FACTUAL PROFFER

The United States of America and Juan Jose Duarte Taveras ("DUARTE" or the "Defendant") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

1. That the Defendant, beginning at least as early as in or around December 2018 and continuing through on or about November 22, 2019, did knowingly and willfully conspire to import into the United States, from a place outside thereof, a controlled substance, that is, cocaine, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963. Moreover, the amount of cocaine attributable to the Defendant was five (5) kilograms or more.

2. In December 2018, law enforcement began an investigation into the Defendant's co-defendants, Oscar Peralta and Wendel Ellington, in connection with their alleged drug smuggling activity. A confidential informant ("CI") reported that Oscar Peralta was using his boat, the M/V Nicole, to travel to the Caribbean and pick up drugs for import into the United States. The CI also indicated that the captain on these smuggling ventures was Wendel Ellington.

3. On the afternoon of November 22, 2019, federal agents tracked Oscar Peralta's

cellular phone to an area near Las Olas Boulevard in Fort Lauderdale, Florida, which is an area primarily composed of waterfront residences. Shortly thereafter, federal agents located the M/V Nivia, a boat that was also suspected to be involved in drug trafficking activity, docked at a private dock behind the residence located at 509 Isle of Capri Drive, Fort Lauderdale ("Fort Lauderdale residence").

4. Surveillance footage from a neighbor's security camera showed two individuals arriving at the Fort Lauderdale residence. One of the individuals had clothing consistent with what Oscar Peralta was wearing when he was arrested later that night.

5. Agents surveilling the residence saw two individuals, later identified as the Defendant and his co-defendant Francisco Peralta ("F. Peralta") exit the Fort Lauderdale residence and enter a vehicle. Near the front passenger's seat of the vehicle, agents located a duffel bag that resulted in a K-9 alert. Inside the bag, agents found rental documents for vehicles located at the Fort Lauderdale house, as well as receipts for duffel bags that were also found at the house.

6. Shortly thereafter, law enforcement encountered co-defendants Oscar Peralta and Carlos Contreras exiting the house. Agents asked Oscar Peralta if he had just arrived from overseas and he replied in the affirmative. Agents informed Oscar Peralta that they would be conducting a border search of the M/V Nivia.

7. Agents found approximately 456 kilograms of cocaine inside the M/V Nivia, most of which was packed in duffel bags located within the main saloon of the vessel. Additionally, law enforcement located a backpack with over $36,000 in cash inside the M/V Nivia.

8. In a post-*Miranda* statement, Oscar Peralta admitted to smuggling cocaine into the United States aboard the M/V Nivia with Ellington's assistance, who had left the Fort Lauderdale

residence prior to law enforcement arriving on the scene. Oscar Peralta indicated that Duarte had helped coordinate the smuggling venture by communicating with the Dominican drug trafficking organization that owned the cocaine. Phone records for Oscar Peralta showed a set of coordinates labeled "Wendel" and "Sancocho," which he admitted corresponded to the location of at-sea cocaine transfers. In one text communication between Oscar Peralta and the Defendant, Oscar Peralta sent the Defendant a set of coordinates, to which the Defendant replied not to send him those communications via text message.

9. Duarte had also directed Carlos Contreras to assist with the drug trafficking venture by sending him to an address in Brickell to pick up a vehicle and drive it to the Fort Lauderdale residence. Co-conspirators were then going to use this vehicle to assist with transporting the cocaine.

10. These events occurred in Broward and Miami-Dade County in the Southern District of Florida, and elsewhere. The Parties agree that these facts, which do not include all of the facts knowing to the Government and to the Defendant, are sufficient to prove the charges outlined in Count 1 of the Indictment.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 2/18/20   By: _____
YENKY HERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

Date: 2/28/20   By: _____
JEFFREY COHN
COUNSEL FOR THE DEFENDANT

Date: 2/28/20   By: _____
JUAN JOSE DUARTE TAVERAS
DEFENDANT