UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-20811-MIDDLEBROOKS**

**UNITED STATES OF AMERICA**

v.

**JUAN JOSE DUARTE TAVERAS,**

**Defendant.**
_____/

**GOVERNMENT'S RULE 35
MOTION FOR SENTENCE REDUCTION**

Pursuant to Rule 35 of the Federal Rules of Criminal Procedure, the United States of America hereby moves for a reduction of defendant Juan Jose Duarte Taveras's sentence, in order to reflect his substantial assistance in the prosecution of others. In support of this motion, the government states as follows:

1. On February 28, 2020, the Defendant pleaded guilty to Count 1 of a four-count Indictment, which charged him with conspiring to import 5 kilograms or more of cocaine into the United States, in violation of Title 21, United States Code, Section 963.

2. Based on the facts of this case, as will be detailed at the Rule 35 hearing, the Defendant's assistance to the United States warrants a reduction in sentence under Federal Rule of Criminal Procedure 35(b)(1).

3. Based on the Defendant's substantial assistance, the United States respectfully moves this Court for a 20% reduction in his sentence under Rule 35. Undersigned counsel has conferred with counsel for the Defendant, who does not oppose the motion.

                                             Respectfully submitted,
                                             JUAN ANTONIO GONZALEZ
                                             UNITED STATES ATTORNEY

By: /s/ *Yeney Hernandez*
       YENEY HERNANDEZ
       Assistant United States Attorney
       Court ID No. A5502300
       U.S. Attorney's Office - SDFL
       99 N.E. 4th Street, Suite 700
       Miami, FL 33132-2111
       Telephone: (305) 961-9277
       Email: Yeney.Hernandez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 8, 2022, I filed the foregoing document with the Clerk of the Court through CM/ECF.

/s/ *Yeney Hernandez*
Yeney Hernandez
Assistant United States Attorney