# JEFFREY COHN
## Attorney at Law
## 35 East 85th Street, Suite 4B
## New York, New York, 10028
## 646-201-5202
## jcohnlaw@gmail.com

```
BY ECF and Overnight Mail
The Honorable Donald M. Middlebrooks
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street
room 257
West Palm Beach, FL 33401
Southern District of Florida


Re:   United States v. Juan Jose Duarte Taveras, 19 Cr. 20811
      (DMM)

Dear Judge Middlebrooks,

     I write to request that the Court grant the government's
pending motion in the above-referenced case to the extent that
it reduces Mr. Duarte-Taveras' sentence to time-served.  For the
reasons which follow, such a result is wholly appropriate.

     As an initial matter, I refer the Court to our May 6, 2021
sentencing submission in this matter, the initial portion of
which describes Juan's childhood and the relevant events leading
up to his conviction.  In brief summary, Juan is a sweet,
peaceful, hardworking man and this is his first conviction. He
has a loving, supportive family to whom to return, including his
```

only child Sebastian, who was born approximately one month before Juan's arrest in this case.  In the actual offense conduct charged in this case, he played only a slightly larger role than his codefendant Carlos Contreras, on whom this Court imposed a sentence less than Juan has already served.  Contreras has already been released from custody.

Juan's cooperation began shortly after he retained undersigned counsel. Over the last three-and-one-half years, Juan has met and been available to any and all agents and prosecutors with whom the government has asked him to meet and there have been several.  Below is a list of people about whom Juan has given information and their role in the narcotics business.  We will expand on this list in our presentation Thursday in support of a time-served sentence.

Oscar and Francisco Peralta and Carlos Contreras: Juan's co-defendants who supervised and worked with him in the instant case.  At the time Juan began cooperating, Oscar and Francisco were lying about Francisco's involvement and tried to persuade Juan to go along with their lie.  After Juan's cooperation's initial stages, Francisco reversed course and accepted his role;

The Ellington family: four Guatemalan nationals who sailed boats and helped in the importation of tons of cocaine.  Harvys, Goyo, Goyito and Wellington;

Antonio: a Dominican resident who introduced Juan to the narcotics business before Juan came to the USA.  Antonio was a major investor in multiple loads of cocaine imported into the US who was arrested and extradited to Puerto Rico in 2020;

Pique: Antonio's partner;

Alan and Jose: workers for Antonio who distributed drugs and received drug proceeds between Dominican, Miami and New York City;

Aris: a Dominican national who invested in a load of cocaine in 2019;

Pepe: a Dominican national who was a client of Antonio's in Miami also known as Primo;

Ricky: a friend of Pepe who helped import and distribute cocaine;

Emmanuel: a Dominican national who distributed cocaine in the US and was arrested in 2020;

Cholo: a worker for Emmanuel who helped in Emmanuel's narcotics business;

Malafe: a major Dominican distributor of cocaine in and around Miami;

Tito: a client of Malafe (Juan also gave information about Tito's two workers by description but does not currently recall the two workers' names);

In all that's at least 20 people, all of whom at various stages played as important or more important roles in the international narcotics business as Juan.  Since Juan's sentence in this case in May, 2021, he has been shuttled from one difficult prison thousands of miles away from his family to another.  He has spent the bulk of the last years in Texas and California in dangerous jails dominated by Mexican gangs.  One of those prisons in Victorville, California is where he will return unless the Court grants the relief we seek.

    We urge this Court to grant the government motion to the extent that it reduces Juan's sentence to time already served. He will be deported back to Dominican, his dream of a life in America dead, with at least 20 people with good reason to want revenge against him and a mountain of information provided to US authorities.

                                      Sincerely,

                                      Jeffrey Cohn


copy/     AUSA Yeney Hernandez (by email)