UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20811-CR- MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

VS.

JUAN JOSE DUARTE TAVERAS
    Defendant.
_____/

## ORDER REDUCING SENTENCE

**THIS CAUSE** comes before the Court upon the United States' Motion for Reduction of Sentence Pursuant to Rule 35 (**DE 180**). A hearing was held on June 16, 2023. After hearing from both sides and the Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion for reduction of sentence (**DE 180**) is **GRANTED.** Defendant's previously imposed sentence of 200 (Two Hundred) months is hereby reduced to **ONE HUNDRED THIRTY-FOUR (134) MONTHS**. All other conditions specified in the judgment and commitment order remain in full effect.

**DONE AND ORDERED** at Miami, Florida this 16th day of June, 2023.

Donald M. Middlebrooks
United States District Judge

cc:    Attorneys of Record
       U.S. Marshals
       Bureau of Prisons
       U.S. Probation